**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-2093**

———————

EVA DAWSON, as personal representative of the Estate of Joseph Dawson, and for the benefit of his heirs and in their own capacity,

                Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

                Defendant - Appellee,

        and

RALPH H. JOHNSON VETERANS ADMINISTRATION MEDICAL CENTER; JOHN G. ALLISON, M.D.; MARK A. LOCKETT, M.D.,

                Defendants.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge. (2:04-cv-01027-DCN)

———————

Submitted:  March 18, 2008          Decided:  April 3, 2008

———————

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Eva Dawson, Appellant Pro Se.  John Harris Douglas, Assistant
United States Attorney, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eva Dawson appeals the district court's order entering judgment in favor of the United States in her medical malpractice action under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Dawson v. United States, No. 2:04-cv-01027-DCN (D.S.C. Sept. 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED